LDM:TRP
F. #2016R00141

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

– against –

DANIEL CHON,

                Defendant.

- - - - - - - - - - - - - - - - -X

FINAL ORDER OF FORFEITURE

16-CR-375 (RRM)

      WHEREAS, on or about July 14, 2016, the defendant, DANIEL CHON (the "defendant"), entered a plea of guilty to Count One of the above-captioned information charging a violation of 18 U.S.C. § 1029(a)(2);

      WHEREAS, on December 15, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of one million nine hundred forty-five thousand two hundred ninety-nine dollars and no cents ($1,945,299.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following: (a) approximately $15,804.49 in United States currency seized from PNC Bank Account xxxxxxx528 on or about March 22, 2016; (b) approximately $50,000.41 in United States currency seized from PNC Bank account number xxxxxxx524 on or about March 22, 2016; (c) approximately $19.91 in United States currency seized from TD Bank account number xxxxxxx583 on or about March 22, 2016; and (d) approximately $65,997.00 in United States currency seized from 7218 Coventry Court, Riverdale, New Jersey on or about March 22, 2016

(the "Seized Currency"), as well as any and all right title and interest in the following: (a) one 2014 Land Rover Range Rover vehicle, vehicle identification number SALGS2WF9EA196630; (b) one two-toned silver and gold Rolex watch; (c) one silver Burberry watch (serial no. BU1384/11564); (d) one Movado watch, silver with black face (serial no. 161141071111484671); (e) one Breitling watch, silver with black face and black leather band (serial no. 2681084); (f) one Breitling watch, silver with black face (serial no. A24322/2792208); (g) one Tag Heuer watch, silver with black face (serial no. CAT2010/RUA5026); (h) two Prada sunglasses; (i) one Louis Vuitton sunglasses; (j) one Montblanc sunglasses; (k) one Louis Vuitton wallet; (l) one Burberry wallet; (m) two gray Louis Vuitton bags; (n) one brown Louis Vuitton bag; (o) one Canon EOS Rebel T5 camera (serial no. 052072131698); (p) one Canon S120 (serial no. 692050007280); (q) one Go Pro Hero 3 camera (serial no. 14AFD155); (r) one Canon EOS Rebel SL1 camera (serial no. 062072018636) (the "Seized Assets"), forfeitable to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), as property constituting, or derived from proceeds the defendant obtained directly or indirectly, as a result of his violation of 18 U.S.C. § 1029(a)(2), and/or pursuant to 18 U.S.C. § 1029(c)(1)(C), as personal property used or intended to be used to commit such offense, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on January 4, 2017 through and including February 2, 2017;

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Currency and/or Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), and 21 U.S.C. § 853(p), and the Preliminary Order of Forfeiture, all right, title, and interest in the Seized Currency and Seized Assets and payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Currency and Seized Assets and any payments made towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to FSA Paralegal Yvette Ramos, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201.

Dated:    Brooklyn, New York
             3/23, 2017

SO ORDERED:

s/Roslynn R. Mauskopf
HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK