LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

PAUL TOWNSEND

PH: (212) 581-1001

FX: (212) 581-4999

April 16, 2019

**BY ECF**
Hon. Roslynn R. Mauskopf
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **United States v. Daniel Chon, 16 CR 375 (RRM)**

Dear Judge Mauskopf:

I am writing on behalf of defendant Daniel Chon to respectfully request a modification of the defendant's conditions of supervised release which would permit him to travel to Spain from June 4 through June 12, 2019 with friends in order to celebrate his third year of sobriety. The government, by AUSA Jonathan Siegel, has no objection to this request, and his probation officer has approved this trip. Of course, should Your Honor approve this application, Mr. Chon will provide his probation officer with a detailed itinerary.

By way of background, Mr. Chon was sentenced by Your Honor on December 14, 2016 to a period of 37 months imprisonment and three years of supervised release. Mr. Chon completed his term of incarceration without incident and was released to the care of Probation some six months ago, also without incident. Recently, he was placed on the low-risk, non-reporting form of probation, and he has been permitted to travel domestically for work. During this time, Mr. Chon has also abided by his rehabilitation requirements and restitution payments of $823 per month. Finally, the expense of the trip will be borne by Mr. Chon's friends, who wish to encourage his continued sobriety.

JEFFREY LICHTMAN

Thank you for your consideration on this application.  I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Lichtman

cc:     Jonathan Siegel, Esq. (by ECF)
        Assistant United States Attorney


So Ordered:

_____
Hon. Roslynn R. Mauskopf, U.S.D.J.